Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
550 West Fort St. Rm. 698
Boise, ID 83724
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re | ) | Case No. 2:22-bk-20132-BPH |
|---|---|---|
| MONTANA TUNNELS MINING, INC. | ) ) ) ) | |
| Debtor. | ) ) ) | |

UNITED STATES TRUSTEE'S CONSENT

Pursuant to the Court's Order dated August 29, 2023 (Dkt. No. 73), the Acting United States Trustee ("UST"), by and through counsel, hereby files this Consent notifying the Court that the UST has reviewed the Second Amended Disclosure Statement and Second Amended Plan and that these documents appear to correct the inconsistencies and deficiencies the UST raised with Debtor's counsel. It is the UST's understanding that the Second Amended Plan also incorporates changes with respect to the "Effective Date" under the Plan based upon Debtor's negotiations with the Montana Department of Environmental Quality.

-1-

Dated: September 5, 2023       GREGORY M. GARVIN
                               ACTING UNITED STATES TRUSTEE, REGION 18


                               By: /s/ Brett R. Cahoon
                                   BRETT R. CAHOON