Steven M. Johnson (1835)
JARDINE, BLEWETT, STEPHENSON & WEAVER, P.C.
P. O. Box 2269
Great Falls, Montana 59403-2269
Telephone: (406) 731-5542
Email: sjohnson@jardinelaw.com

*Attorneys for Montana Dept. of Environmental Quality*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>MONTANA TUNNELS MINING, INC.,<br><br>               Debtor. | **Case No. 22-20132-BPH**<br><br>**WITHDRAWAL OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) MOTION FOR STAY RELIEF AT DOC 69** |

Montana Department of Environmental Quality (DEQ) herby withdraws its Motion for Order under §362(b)(4) of Inapplicability of Automatic Stay, or, Alternatively, to Modify Stay filed herein as Doc NO. 69.

DATED this 19th day of September, 2023.

JARDINE, STEPHENSON, BLEWETT & WEAVER, P.C.

*/s/ Steven M. Johnson*
Steven M. Johnson
Attorneys for the Mont. Dept of Environmental Quality

1