UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MONTANA TUNNELS MINING, INC.,**

Debtor.

Case No. **2:22-bk-20132-BPH**

# ORDER

    In this Chapter 11 bankruptcy, Debtor and creditor Montana Department of Environmental Quality ("DEQ") filed a Stipulation on September 19, 2023, at ECF No. 83. The Stipulation addresses and resolves the DEQ's "Motion to Modify Stay" filed on August 28, 2023, at ECF No. ("69") ("Motion"). While the Court ordinarily adopts parties' stipulations resolving contested matters, the Court held a hearing on the Stipulation on September 26, 2023, to allow the parties an opportunity to explain some of its terms. Appearances were noted for the record.

    At the hearing, counsel for both parties clarified the reasoning behind the Stipulation's terms, and the Court was satisfied with the parties' explanation. Accordingly, based on the remarks of counsel,

    IT IS ORDERED that the Stipulation is approved. The parties shall be bound by and perform according to the terms and conditions of the approved Stipulation.

    Dated September 26, 2023.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1