UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MONTANA TUNNELS MINING, INC.,**

Debtor.

Case No. **2:22-bk-20132-BPH**

# ORDER

In this Chapter 11 bankruptcy, Debtor and the United States Environmental Protection Agency ("EPA") filed a "Joint Motion to Extend Time" on September 27, 2023, at ECF No. 91 ("Motion"). The Motion seeks to extend the time in which the EPA may object to the Second Amended Plan filed on September 5, 2023, at ECF No. 75 ("Plan"). Specifically, the Motion requests until October 3, 2023, at 12:00 pm for the EPA to object. Fed. R. Bankr. P. 9006(b) permits the Court to extend the period of time for an act to be done. Accordingly,

IT IS ORDERED that the Motion is granted. EPA shall file its objection to the Second Amended Plan on or before **October 3, 2023 at 12:00 p.m.**

Dated September 28, 2023.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1