UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MONTANA TUNNELS MINING, INC.,**

Debtor.

Case No. **2:22-bk-20132-BPH**

# ORDER

In this Chapter 11 bankruptcy, Patten, Peterman, Bekkedahl & Green PLLC ("Applicant"), Attorney for Debtor, filed an "Interim Application for Professional Fees and Costs" on October 24, 2023, at ECF No. 108 ("Application"). Pursuant to 11 U.S.C. § 331, the Application requests an award of professional fees in the total amount of $63,182.50, plus reimbursement of costs in the amount of $3,315.06. The total award sought is $66,497.56 ("Total Amount").

With the Application, Applicant included a "Notice" as required by Mont. LBR 2002-4 and 9013-1. The Notice explains that the time to respond or object to the Application and schedule the matter for a hearing is twenty-one (21) days. The time to respond or object has passed. No objections were filed. The U.S. Trustee has not filed a response to the Application pursuant to 28 U.S.C. § 586(a)(3)(A).

Upon review of the Application, and in the absence of any objection after notice, the Court finds that the services provided by Applicant and costs incurred were actual, reasonable and necessary. Accordingly, pursuant to 11 U.S.C. §§ 331,

IT IS ORDERED the Application is approved, and the Total Amount is awarded to Applicant. Applicant is authorized to apply the $21,136.10 received from Debtors against the Total Amount.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 330(a)(5), to the extent the Total Amount awarded for this interim application exceeds the amount awarded for any final application, the Court may order return of the excess to the estate.

Dated November 22, 2023.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana