# Montana Tunnels Mining, Inc.
## Payment summary by Vendor
### September 2023

|  | Sep 23 |  |
|---|---:|---|
| NWENER | -10,014.50 | Electricity |
| IRS | -3,209.16 | Payroll Taxes |
| STAFUND | -892.19 | Workers Comp |
| Montana Dept. of Revenue | -748.00 | Payroll Taxes |
| CENLINK | -659.30 | Telephone |
| MTINTERNET | -450.00 | Internet |
| Wells Fargo | -73.59 | Bank Fees |
| Gas-Petty Cash | -340.00 |  |
| Postage-Petty Cash | -26.40 |  |
| Maintenace Supplies-Petty C | -125.64 |  |
| Net Payroll Sept 5 | -7,357.21 |  |
| TOTAL | -23,895.99 |  |

# Montana Tunnels Mining, Inc.
## Balance Sheet
### As of September 30, 2023

|  | Sep 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 11330 · Wells Fargo DIP-Opr Acct #8586 | 145.57 |
| 11340 · Wells Fargo DIP PR  Acct #8610 | 243.25 |
| 11390 · Petty Cash | 359.95 |
| **Total Checking/Savings** | 748.77 |
| **Total Current Assets** | 748.77 |
| **Fixed Assets** | |
| 15000 · Buildings, equipment and land | |
| 15030 · Buildings | 515,016.32 |
| 15130 · Land | 164,751.71 |
| 15220 · Office Equipment | 108,005.25 |
| 15410 · Mining Equipment | 1,732,601.87 |
| 15420 · Crushers | 2,371,807.82 |
| 15490 · Vehicles | 15,000.00 |
| Total 15000 · Buildings, equipment and land | 4,907,182.97 |
| 15500 · A/D Buildings, equipment & land | |
| 15530 · A/D-Buildings | -498,271.56 |
| 15720 · A/D-Office Equipment | -108,005.25 |
| 15910 · A/D-Mining Equipment | -1,732,601.87 |
| 15920 · A/D-Crushers | -1,869,617.29 |
| 15990 · A/D-Vehicles | -15,000.00 |
| Total 15500 · A/D Buildings, equipment & land | -4,223,495.97 |
| **Total Fixed Assets** | 683,687.00 |
| **Other Assets** | |
| 16000 · Mine Development | |
| 16500 · Mine Dev - MTMI | |
| 16501 · Mining Properties & Develop. | 11,649,672.77 |
| 16549 · LOM Reclamation | 3,586,906.79 |
| 16551 · A/A-Mining Propertis & Develop. | -4,842,651.20 |
| 16599 · A/A-LOM Reclamation | -954,260.22 |
| Total 16500 · Mine Dev - MTMI | 9,439,668.14 |
| Total 16000 · Mine Development | 9,439,668.14 |
| 18000 · Deposits-Reclamation Obligation | |
| 18301 · Deposits MDEQ Reclaim Bond #113 | 18,682,708.45 |
| Total 18000 · Deposits-Reclamation Obligation | 18,682,708.45 |
| 19900 · Interco Due to/(fr) | |
| 19950 · Due from/(to) MGLD/MTMI | -4,307,525.11 |
| 19970 · Due from/(to) EGI/MTMI | 1,630,420.72 |
| 19972 · Due from/(to) EGI/MTMI cash | -6,626,161.27 |
| Total 19900 · Interco Due to/(fr) | -9,303,265.66 |
| **Total Other Assets** | 18,819,110.93 |
| **TOTAL ASSETS** | 19,503,546.70 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 21000 · Accounts Payable | 1,225,648.98 |
| **Total Accounts Payable** | 1,225,648.98 |

# Montana Tunnels Mining, Inc.
## Balance Sheet
### As of September 30, 2023

|  | Sep 30, 23 |
|---|---:|
| **Other Current Liabilities** | |
| **22000 · Accrued Liabilities** | |
| 22190 · Accrued InterestPay-Related Pty | 102,467.31 |
| 22192 · Accrued Int-Def Rent Land | 23,400.00 |
| 3010 · Accrued EPA Liability | 255,500.00 |
| 3011 · Accrued EPA Interest & Penalty | 630,871.00 |
| 3100 · FUTA Tax Payable | 830.15 |
| 3102 · FUTA Tax Interest | 423.11 |
| 3103 · FUTA Tax Penalties | 105.46 |
| 3105 · SUTA Tax Payable | 62,741.95 |
| 3106 · SUTA Tax Interest | 5,183.42 |
| 3110 · FICA-Soc. Security | 39,475.74 |
| 3115 · FICA Medicare | 9,156.42 |
| 3120 · Federal Withholding | 28,348.35 |
| 3121 · Federal Taxes Interest | 77,407.59 |
| 3122 · Federal Taxes Penalties | 45,787.10 |
| 3400 · Accrued Payroll | 42,518.93 |
| 3500 · Property Taxes Payable | 222,920.00 |
| 3501 · Property Tax Interest | 26,476.00 |
| 3502 · Property Tax Penalties | 3,377.00 |
| 3505 · Mining Taxes Payable | 1,311,144.00 |
| 3506 · Mining Taxes Interest | 1,758,321.00 |
| 3507 · Mining Taxes Penalties | 26,222.78 |
| **Total 22000 · Accrued Liabilities** | 4,672,677.31 |
| **Total Other Current Liabilities** | 4,672,677.31 |
| **Total Current Liabilities** | 5,898,326.29 |
| **Long Term Liabilities** | |
| **26300 · Notes Payable - Related Party** | |
| 26371 · N/P BD Financial Group | 0.03 |
| 26373 · N/P BD Holdings LLC | 1,827,666.28 |
| 26374 · N/P BD Acquisition Partners | 22,700.00 |
| **Total 26300 · Notes Payable - Related Party** | 1,850,366.31 |
| 26400 · Property Repurchase Liability | 6,129,035.65 |
| **29000 · Reclamation Liability** | |
| 29301 · Reclaim Liab - MTM Permit #113 | 38,696,969.00 |
| 29302 · Relcaim Liab - DHM Permit#160 | 928,102.00 |
| **Total 29000 · Reclamation Liability** | 39,625,071.00 |
| **Total Long Term Liabilities** | 47,604,472.96 |
| **Total Liabilities** | 53,502,799.25 |
| **Equity** | |
| 32000 · Retained Earnings | -32,606,732.62 |
| Net Income | -1,392,519.93 |
| **Total Equity** | -33,999,252.55 |
| **TOTAL LIABILITIES & EQUITY** | 19,503,546.70 |

# Montana Tunnels Mining, Inc.
## Profit & Loss
### September 2023

|  | Sep 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 65160 · Fremont Purchase/Lease Expense | 50,000.00 |
| 62000 · G&A Labor | |
|   6010 · Salaries | 22,956.37 |
|   62000 · G&A Labor - Other | 0.00 |
| **Total 62000 · G&A Labor** | 22,956.37 |
| 63000 · Fringe Benefits | |
|   63300 · Payroll Taxes - ER | |
|     6045 · FICA | 1,756.24 |
|     6050 · FUTA | 0.00 |
|     6055 · SUTA | 798.75 |
|   **Total 63300 · Payroll Taxes - ER** | 2,554.99 |
|   63400 · Health Benefits | |
|     6070 · Dental Ins. | 325.03 |
|     63400 · Health Benefits - Other | 1,698.19 |
|   **Total 63400 · Health Benefits** | 2,023.22 |
| **Total 63000 · Fringe Benefits** | 4,578.21 |
| 64000 · G&A Office Operations | |
|   64110 · Bank Service Charges | 77.57 |
|   64114 · Penalties/Late Fees | 12,699.16 |
|   64160 · Postage and Delivery | 26.40 |
|   6710 · Outside Services | 2,200.00 |
| **Total 64000 · G&A Office Operations** | 15,003.13 |
| 65000 · Facilities Expenses | |
|   65140 · Phone/Internet Connectivity | |
|     6170 · Computer and Internet Expenses | 200.00 |
|   **Total 65140 · Phone/Internet Connectivity** | 200.00 |
|   65150 · Utilities | |
|     65151 · Electricity | 9,063.90 |
|     65153 · Natural Gas | 653.20 |
|     66155 · Waste and Sanitary Services | 25.00 |
|   **Total 65150 · Utilities** | 9,742.10 |
|   65180 · Property Taxes | 38,676.00 |
|   65190 · Vehicle Insurance | 212.00 |
| **Total 65000 · Facilities Expenses** | 48,830.10 |
| 65170 · Property Liability Insurance | 6,850.94 |
| 77000 · Mine care and maintenance | |
|   6100 · Operating Supplies | 410.64 |
|   6111 · GAS | 340.00 |
| **Total 77000 · Mine care and maintenance** | 750.64 |
| 79000 · Deprec & Amort Exp | 9,979.08 |
| **Total Expense** | 158,948.47 |
| **Net Ordinary Income** | -158,948.47 |
| **Other Income/Expense** | |
| **Other Income** | |
| 91200 · Rental Income | 500.00 |
| **Total Other Income** | 500.00 |

# Montana Tunnels Mining, Inc.
# Profit & Loss
## September 2023

|  | Sep 23 |
|---|---:|
| **Other Expense** | |
| 6899 · Misc Costs/Income | -10,000.00 |
| **Total Other Expense** | -10,000.00 |
| **Net Other Income** | 10,500.00 |
| **Net Income** | **-148,448.47** |

# Montana Tunnels Mining, Inc.
# Unpaid Bills Detail
## As of September 30, 2023

| | Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **AFCO** | | | | | | |
| | Bill | 09/26/2023 | 02-20565445-02 Sept | 10/06/2023 | | 6,850.94 |
| Total AFCO | | | | | | 6,850.94 |
| **AMWeld** | | | | | | |
| | Bill | 05/31/2023 | 09344028 | 05/31/2023 | 122 | 38.83 |
| | Bill | 06/30/2023 | 09412107 | 06/30/2023 | 92 | 38.14 |
| | Bill | 07/31/2023 | 09476110 | 07/31/2023 | 61 | 38.83 |
| | Bill | 08/31/2023 | 09546777 | 08/31/2023 | 30 | 38.83 |
| Total AMWeld | | | | | | 154.63 |
| **BCBS** | | | | | | |
| | Bill | 07/12/2023 | 51B913 Aug 23 | 07/27/2023 | 65 | 2,241.40 |
| | Bill | 08/11/2023 | 51B913 Sept 23 | 08/26/2023 | 35 | 2,241.40 |
| | Bill | 09/11/2023 | 51B913 Oct 23 | 09/26/2023 | 4 | 2,241.40 |
| Total BCBS | | | | | | 6,724.20 |
| **CENLINK** | | | | | | |
| | Bill | 08/25/2023 | 4069338314 | 09/09/2023 | 21 | 694.12 |
| Total CENLINK | | | | | | 694.12 |
| **Crowley** | | | | | | |
| | Bill | 01/19/2023 | 9944154-re entered | 01/29/2023 | 244 | 861.00 |
| Total Crowley | | | | | | 861.00 |
| **DISA** | | | | | | |
| | Bill | 01/05/2023 | 1034-Post Petition | 01/05/2023 | 268 | 3,341.13 |
| | Bill | 01/30/2023 | 1042 | 01/30/2023 | 243 | 7,392.38 |
| | Bill | 03/13/2023 | 1045 | 03/13/2023 | 201 | 4,953.46 |
| Total DISA | | | | | | 15,686.97 |
| **ENERWES** | | | | | | |
| | Bill | 03/03/2023 | 210923934 | 04/02/2023 | 181 | 1,935.78 |
| | Bill | 04/03/2023 | 203112 Apr 23 | 05/03/2023 | 150 | 1,470.59 |
| | Bill | 05/03/2023 | 203112 May 23 | 06/02/2023 | 120 | 1,079.58 |
| | Bill | 06/02/2023 | 203112 June 23 | 07/02/2023 | 90 | 123.50 |
| | Bill | 07/05/2023 | 203112-July 23 | 08/04/2023 | 57 | 55.84 |
| | Bill | 08/04/2023 | 203112-Aug 23 | 09/03/2023 | 27 | 26.18 |
| | Bill | 09/04/2023 | 203112 Sept 23 | 10/04/2023 | | 27.77 |
| Total ENERWES | | | | | | 4,719.24 |
| **GREEN** | | | | | | |
| | Bill | 04/14/2023 | 23410-#2 | 04/29/2023 | 154 | 72.72 |
| | Bill | 09/17/2023 | 23952 | 10/02/2023 | | 50.00 |
| Total GREEN | | | | | | 122.72 |
| **IDK** | | | | | | |
| | Bill | 07/16/2023 | 303484 | 07/26/2023 | 66 | 897.00 |
| | Bill | 09/01/2023 | | 09/11/2023 | 19 | 285.00 |
| Total IDK | | | | | | 1,182.00 |
| **lloyd** | | | | | | |
| | Bill | 12/20/2022 | 2022-12-012 rev | 12/20/2022 | 284 | 9,025.58 |
| | Bill | 12/31/2022 | 2023-01-01 | 12/31/2022 | 273 | 3,000.00 |

# Montana Tunnels Mining, Inc.
## Unpaid Bills Detail
### As of September 30, 2023

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 02/16/2023 | 2023-01-01 Post Peti | 02/16/2023 | 226 | 1,300.00 |
| Bill | 03/01/2023 | 2023-03-01 | 03/01/2023 | 213 | 2,150.00 |
| Bill | 03/31/2023 | 2023-04-01 | 03/31/2023 | 183 | 14,350.00 |
| Bill | 04/30/2023 | 2023-05-01 | 04/30/2023 | 153 | 3,075.00 |
| Bill | 06/12/2023 | 2023-06-01 | 06/12/2023 | 110 | 6,675.00 |
| Bill | 07/18/2023 | 2023-07-02 | 07/18/2023 | 74 | 6,550.00 |
| Bill | 08/09/2023 | 2023-08-02 | 08/09/2023 | 52 | 2,400.00 |
| Bill | 09/07/2023 | 2023-09-02 | 09/07/2023 | 23 | 1,700.00 |

**Total lloyd**      50,225.58

**NatIndem**

| Bill | 09/18/2023 | 289484 Oct 23 | 09/18/2023 | 12 | 212.00 |
|---|---|---|---|---|---|

**Total NatIndem**      212.00

**NWENER**

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill Pmt -C | 09/18/2023 | 17 | | | -0.03 |
| Bill | 08/03/2023 | 4050392-2 Aug 23 | 08/18/2023 | 43 | 65.07 |
| Bill | 08/03/2023 | 4050393-0 Aug 23 | 08/18/2023 | 43 | 6.00 |
| Bill | 08/03/2023 | 4050395-5 Aug 23 | 08/18/2023 | 43 | 26.77 |
| Bill | 08/03/2023 | 4050397-1 Aug 23 | 08/18/2023 | 43 | 18.60 |
| Bill | 08/08/2023 | 4050389-8 Aug 23 | 08/23/2023 | 38 | 9,065.67 |
| Bill | 08/10/2023 | 4050390-6 Aug 23 | 08/25/2023 | 36 | 599.10 |
| Bill | 09/06/2023 | 4050392-2 Sept 23 | 09/21/2023 | 9 | 13.34 |
| Bill | 09/06/2023 | 4050393-0 Sept 23 | 09/21/2023 | 9 | 6.00 |
| Bill | 09/06/2023 | 4050395-5 Sept 23 | 09/21/2023 | 9 | 26.33 |
| Bill | 09/06/2023 | 4050397-1 Sept 23 | 09/21/2023 | 9 | 18.60 |
| Bill | 09/07/2023 | 4050389-8 Sept 23 | 09/22/2023 | 8 | 9,025.96 |
| Bill | 09/13/2023 | 4050390-6 Sept 23 | 09/28/2023 | 2 | 599.10 |

**Total NWENER**      19,470.51

**STAFUND**

| Bill | 09/01/2023 | 20190483 | 09/16/2023 | 14 | 25.79 |
|---|---|---|---|---|---|

**Total STAFUND**      25.79

**Unemployment Insurance Division**

| Bill | 09/30/2023 | Q3 SUTA | 10/10/2023 | | 1,982.47 |
|---|---|---|---|---|---|

**Total Unemployment Insurance Division**      1,982.47

**TOTAL**      **TOTAL POST PETITON PAYABLES**      **108,912.17**

**POSTPETITON PAYABLES PAST DUE**      **100,000.99**

# Optimize Business Checking℠

Account number: ███████8610 ■ September 1, 2023 - September 30, 2023 ■ Page 1 of 2



MONTANA TUNNELS MINING, INC
DEBTOR IN POSSESSION
CH11 CASE #22-20132 (MMT)
270 MONTANA TUNNELS RD
JEFFERSON CITY MT 59638

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time. Sun 9:00am-10:00pm Eastern Time:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Optimize Business Checking℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████8610 | $5,375.34 | $10,000.00 | -$15,132.09 | $243.25 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/05 | 10,000.00 | Online Transfer From Montana Tunnels Mining, Inc. Business Checking xxxxxx8586 Ref #Ib0Kmhr8Gs on 09/05/23 |
| | | $10,000.00 | Total electronic deposits/bank credits |
| | | $10,000.00 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/05 | 3,209.16 < | Business to Business ACH Debit - IRS Usataxpymt 090523 270364852019667 Montana Tunnels Mining |
| | 09/07 | 748.00 < | Business to Business ACH Debit - State of Montana MT Tax Pmt xxxxx2736 Appollo Gold Inc |
| | 09/11 | 73.59 | Client Analysis Srvc Chrg 230908 Svc Chge 0823 000001088088610 |
| | 09/13 | 892.19 | Montana State Fu Montana St 230912 000008718395884 Wells Fargo |
| | 09/29 | 450.00 | Montana Internet Purchase 406 443 3347 Debbie Self |
| | | $5,372.94 | Total electronic debits/bank debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(163)
Sheet Seq = 0001307
Sheet 00001 of 00002



## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 17758 | 2,401.94 | 09/01 | 17764 | 2,401.94 | 09/07 | 17766 | 2,021.72 | 09/07 |
| 17763* | 967.60 | 09/06 | 17765 | 823.09 | 09/08 | 17767 | 1,142.86 | 09/07 |

$9,759.15 Total checks paid

* Gap in check sequence.

$15,132.09 Total debits

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | 5,375.34 | 09/06 | 8,796.64 | 09/11 | 1,585.44 |
| 09/01 | 2,973.40 | 09/07 | 2,482.12 | 09/13 | 693.25 |
| 09/05 | 9,764.24 | 09/08 | 1,659.03 | 09/29 | 243.25 |

Average daily ledger balance  $1,755.43

Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC

Sheet Seq = 0001308
Sheet 00002 of 00002

# Initiate Business Checking℠

September 30, 2023 ■ Page 1 of 4



MONTANA TUNNELS MINING,INC
DEBTOR IN POSSESSION
CH11 CASE #22-20132 (MMT)
270 MONTANA TUNNELS RD
JEFFERSON CITY MT, 59638

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

It's a new day for the Security Center in the Wells Fargo Mobile® app. With a new look, easier navigation, and a brand new interactive security check-up tool, you can see your security settings in one place and make sure they are up to date. It's live now, so sign-on or download the Wells Fargo Mobile app today to check it out and learn about ways to help protect your accounts and information.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $69.37 |
| Deposits/Credits | 20,750.00 |
| Withdrawals/Debits | - 20,673.80 |
| Ending balance on 9/30 | $145.57 |

Account number: ████8586
MONTANA TUNNELS MINING,INC
DEBTOR IN POSSESSION
CH11 CASE #22-20132 (MMT)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Deposit | 10,000.00 | | 10,069.37 |
| 9/5 | | Online Transfer to Montana Tunnels Mining, Inc. Business Checking xxxxxx8610 Ref #Ib0Kmhr8Gs on 09/05/23 | | 10,000.00 | 69.37 |
| 9/12 | | Online Transfer From William Mackay Investments, LLC Business Checking xxxxxx1756 Ref #Ib0Kph82C6 on 09/12/23 | 750.00 | | 819.37 |
| 9/13 | < | Business to Business ACH Debit - Centurylink Auto Pay 14645371907 Montana Tunnels | | 659.30 | 160.07 |
| 9/15 | | Online Transfer From Montana Goldfields Inc Business Checking xxxxxx0495 Ref #Ib0Kqgf5Fw on 09/15/23 | 10,000.00 | | 10,160.07 |
| 9/18 | 450155 | Check | | 10,014.50 | 145.57 |
| Ending balance on 9/30 | | | | | 145.57 |
| Totals | | | $20,750.00 | $20,673.80 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 450155 | 9/18 | 10,014.50 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2023 - 09/30/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $2,476.00 ☑ |
| • Minimum daily balance | $500.00 | $69.37 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1