UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MONTANA TUNNELS MINING, INC.,**

Debtor.

Case No. **2:22-bk-20132-BPH**

# ORDER

In this chapter 11 bankruptcy, the United States Trustee filed a "Motion to Dismiss or Convert to Chapter 7" on February 6, 2024, at ECF No. 114. For the reasons stated in the Memorandum of Decision,

IT IS ORDERED that the Motion is granted and Debtor's case is dismissed.

Dated July 17, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1