

# Colorado
## Secretary of State
### Jena Griswold

UCC Home

Instructions

FAQs

Login

Create User Account

# Organization Record Confirmation

Review and select "Confirm" if this entity is the correct business organization.

| | |
|---|---|
| ID Number: | 20211899022 |
| Name: | Goldfields Funding Partners LLC |
| Principal Street Address: | 1610 Wynkoop Street, Suite 400, Denver, CO, 80202, US |
| Principal Mailing Address: | |
| Registered Agent: | Patrick Imeson |
| Registered Agent Street Address: | 1610 Wynkoop Street, Suite 400, Denver, CO, 80202, US |
| Registered Agent Mailing Address: | |
| Status: | Good Standing |
| Form: | Limited Liability Company |
| Jurisdiction: | CO |
| Formation Date: | 2021-09-28 |