# CERTIFICATE OF ASSIGNMENT OF
# COUNTY'S INTEREST IN PROPERTY LIEN
# Jefferson County, Montana

**Assignment Number: 3877**  **Parcel Id: 5056**
**Tax Lien Number: 674, 1263, 2016000154, 2017000188, 2018000196, 2019000170, 2020000163**

I, Terri Kunz, the treasurer of Jefferson County, State of Montana, hereby certify that a tax lien for tax year 9 on 7/9/2010 in the county of Jefferson, for tax lien number(s) **674, 1263, 2016000154, 2017000188, 2018000196, 2019000170, 2020000163** for the purpose of liquidating delinquent assessments on the following property:

07N 04W 05 ACRES 113.221, G.LOTS 11 & 22, S2SW4 07N 04W 08 ACRES 229.56, G LOTS 21,23,33,36-41,43-44, LESS BK 129 PG 892 07N 04W 08 ACRES 68.22, G LOTS 24-26,28-30,32 07N 04W 09 ACRES 15.36, S2S2SW4SW4 07N 04W 09 ACRES 163.86, TRACT IN W2 07N 04W 16 ACRES 17.15, NELLIE LODE MS 10031, LYING N OF RR 07N 04W 16 ACRES 0.38, NELLIE LODE MS 10031 LYING S OF RR 07N 04W 16 ACRES 16.3, BABE LODE MS 9325 LYING N OF RR 07N 04W 16 ACRES 1.4, BABE LODE MS 9325 LYING S OF RR 07N 04W 16 ACRES 16.2, COLUMBIA LODE MS 9080 LYING N OF RR 07N 04W 16 ACRES 1.4, COLUMBIA LODE MS 9080 LYING S OF RR 07N 04W 16 ACRES 20.66, MAYBIRD LODE MS 8946 07N 04W 16 ACRES 20, N2NW4NW4 07N 04W 16 ACRES 10, SW4NE4NW4 07N 04W 16 ACRES 10, NE4SE4NW4 07N 04W 16 ACRES 208, S2NW4NW4, SW4NW4, SE4SE4NW4, W2SE4NW4, N2SW4, SW4SW4 07N 04W 16 ACRES 1.64, RR ROW THRU GOP LODE MS 7144 & ATLAS LODE MS 4784 07N 04W 16 C.O.S. 191656 F556B, ACRES 6.43, LOT 1, IN SE4 07N 04W 16 ACRES 27.14, ABANDONED RR IN E2 07N 04W 17 ACRES 376, SE4, TRACTS IN NE4 & SW4 LESS MINING CLAIMS 07N 04W 20 ACRES 286, N2NE4, SE4NE4, NW4

Because delinquent taxes, penalties, interest, and costs remained unpaid on the date of the attachment of the tax lien, the county is the possessor of the tax lien. As of the date of this assignment certificate, the delinquency, including penalties, interest, and costs amounting to

| Year | Taxes Paid | Penalty | Interest | Total Paid |
|---|---|---|---|---|
| 2020 | 70186.83 | 1403.74 | 3516.56 | 75107.13 |
| 2020 | 70557.52 | 1411.15 | 7050.94 | 79019.61 |
| 2019 | 83667.41 | 1673.32 | 12552.97 | 97893.70 |
| 2019 | 84026.58 | 1680.51 | 16816.83 | 102523.92 |
| 2018 | 94864.49 | 1897.29 | 23738.83 | 120500.61 |
| 2018 | 95222.47 | 1904.47 | 28573.23 | 125700.17 |
| 2017 | 96933.37 | 1938.64 | 33943.25 | 132815.26 |
| 2017 | 97268.24 | 1945.34 | 38907.30 | 138120.88 |
| 2016 | 93326.94 | 1866.53 | 42006.70 | 137200.17 |

| 2016 | 93649.10 | 1872.99 | 46587.40 | 142109.49 |
| 2015 | 101813.55 | 2036.29 | 56000.94 | 159850.78 |
| 2015 | 102124.57 | 2042.51 | 61288.73 | 165455.81 |
| 2014 | 151468.56 | 3029.37 | 98490.85 | 252988.78 |
| 2014 | 151779.84 | 3035.60 | 105466.74 | 260282.18 |
| 2013 | 160612.47 | 3212.25 | 120486.84 | 284311.56 |
| 2013 | 160923.27 | 3218.47 | 128738.62 | 292880.36 |
| 2012 | 160933.39 | 3218.66 | 136809.91 | 300961.96 |
| 2012 | 161243.94 | 3224.87 | 145108.51 | 309577.32 |
| 2011 | 174634.24 | 3492.69 | 165908.51 | 344035.44 |
| 2011 | 174937.78 | 3498.76 | 174961.73 | 353398.27 |
| 2010 | 188397.15 | 3767.94 | 197862.15 | 390027.24 |
| 2010 | 188690.26 | 3773.80 | 207572.20 | 400036.26 |
| 2009 | 175169.78 | 3503.39 | 201475.22 | 380148.39 |

Assignment fee and mailing fee:

That the amount due has not been liquidated by the person to whom the property was assessed, nor has the delinquency been otherwise redeemed. Because there has been no liquidation of the delinquency or other redemption, I hereby assign all rights, title, and interest of the Jefferson County, State of Montana, acquired in the property by virtue of attachment of a tax lien to:

GOLDFIELDS FUNDING PARTNERS LLC 1610 WYNKOOP STREET SUITE 400 DENVER COLORADO 80202

Who may proceed to obtain a tax deed to the property or receive payment in case of redemption as provided by law.

Witness my hand and official seal of office this December 21, 2021

Terri L. Kunz, County Treasurer
Jefferson County, Montana