```
                                    Taxpayer ID:0000009231
Date: 11/18/24            JEFFERSON COUNTY           Type: REAL
                  JEFFERSON COUNTY TREASURERS OFFICE  Page:       1
                        TERRI KUNZ, TREASURER
                  P O BOX H, BOULDER, MT 59632-0249
                        406-225-4100
```

```
        Name & Address              TW Rang SC  Description
------------------------------------   ------------------------------------------
MONTANA TUNNELS MINING INC             07N/04W /8
                                       S8, 9,16,, MONTANA TUNNELS
PO BOX 176                             MINE

JEFFERSON CTY  MT 59638-0176
```

| Year | Int. Date | Tax Date | Tax Amount | Penalty | Interest | Total Amount |
|------|-----------|----------|------------|---------|----------|--------------|
| 9 | 12/31/24 | 11/30/09 | 526,023.18 | 10,520.46 | 793,535.31 | 1330,078.95 |
| | Total for Tax Date | | 526,023.18 | 10,520.46 | 793,535.31 | 1330,078.95 |
| 9 | 12/31/24 | 05/31/10 | 526,023.17 | 10,520.46 | 767,324.15 | 1303,867.78 |
| | Total for Tax Date | | 526,023.17 | 10,520.46 | 767,324.15 | 1303,867.78 |
| | Total for 9 | | 1052,046.35 | 21,040.92 | 1560,859.46 | 2633,946.73 |
| 10 | 12/31/24 | 11/30/10 | 129,546.23 | 2,590.92 | 182,481.96 | 314,619.11 |
| | Total for Tax Date | | 129,546.23 | 2,590.92 | 182,481.96 | 314,619.11 |
| 10 | 12/31/24 | 05/31/11 | 129,546.22 | 2,590.92 | 176,026.80 | 308,163.94 |
| | Total for Tax Date | | 129,546.22 | 2,590.92 | 176,026.80 | 308,163.94 |
| | Total for 10 | | 259,092.45 | 5,181.84 | 358,508.76 | 622,783.05 |
| 14 | 12/31/24 | 12/19/14 | 2.51 | 0.05 | 2.52 | 5.08 |
| | Total for Tax Date | | 2.51 | 0.05 | 2.52 | 5.08 |
| 14 | 12/31/24 | 05/31/15 | 2.49 | 0.05 | 2.39 | 4.93 |
| | Total for Tax Date | | 2.49 | 0.05 | 2.39 | 4.93 |
| | Total for 14 | | 5.00 | 0.10 | 4.91 | 10.01 |

```
               *** TAXES DUE QUERY ***

                                        Taxpayer ID:0000009231
Date: 11/18/24          JEFFERSON COUNTY         Type: REAL
                 JEFFERSON COUNTY TREASURERS OFFICE    Page:      2
                      TERRI KUNZ, TREASURER
                 P O BOX H, BOULDER, MT 59632-0249
                      406-225-4100


     Name & Address              TW Rang SC  Description
---------------------------------- ----------------------------------------
MONTANA TUNNELS MINING INC         07N/04W /8
                                   S8, 9,16,, MONTANA TUNNELS
PO BOX 176                         MINE

JEFFERSON CTY  MT 59638-0176



          Total Tax, Penalty and Interest        3,256,739.79
```