DIR-146



## NOTICE THAT A TAX DEED MAY BE ISSUED

## IF YOU DO NOT RESPOND TO THIS NOTICE, YOU WILL LOSE YOUR PROPERTY

TO:  Montana Tunnels Mining Inc.
P.O. Box 176
Jefferson City, MT 59638-0176

Debra Self
P.O. Box 176
Jefferson City, MT 59638-0176

Montana Tunnels Mining, Inc.,
a Delaware corporation
5655 South Yosemite Street, Suite 200
Greenwood Village, CO 80111

Montana Department of Environmental Quality
Permitting & Compliance Division
Environmental Management Bureau
P.O. Box 200901
Helena, MT 59620-0901

Barrie Cowan, Attorney and Counselor
595 Laidley Street
San Francisco, CA 94131-3039

Department of Labor and Industry
Unemployment Insurance Contributions Bureau
P.O. Box 6339
Helena, MT 59604-6339

State of Montana
Department of Labor and Industry
Employment Relations Division
Uninsured Employers' Fund
P.O. Box 8011
Helena, MT 59604-8011

BLM
5001 Southgate Dr.
Billings, MT 59101

Christopher Kamper
Carver, Schwarz, McNab & Bailey, LLC
1600 Stout Street, Suite 1700
Denver, CO 80202

Elkhorn Tunnels, LLC
320 West Main Street
Aspen, CO 81611

Gordon Snyder, Administrative Agent
28 Middle St., Suite 100
Keene, NH 03431

Montana Tunnels Mining, Inc.
c/o Black Diamond Financial Group LLC
P.O. Box 370657
Denver, CO 80237
Attn: Eric Altman

IRS
MS5021 DEN
1999 Broadway
Denver, CO 80202-2490

Montana Tunnels Mining Inc.
c/o Patrick Imeson
270 MT Tunnels Rd.
Jefferson City, MT 59638

Montana Tunnels Mining Inc.
DBA: Apollo Gold Inc.
5 Miles W of Jefferson City
Jefferson City, MT 59638

Michel J. Moore/Ramon E. Mercado
Collection Bureau Service, Inc. (a Debt Collector)
P.O. Box 7339
Missoula, MT 59807

Occupant
270 Montana Tunnels Rd
Jefferson City, MT 59638

Pursuant to section 15-18-212, Montana Code Annotated, NOTICE IS HEREBY GIVEN:

1. As a result of a property tax delinquency, a property tax lien exists on the following described real property in which you may have an interest:

Township 7 North, Range 4 West, Jefferson County, Montana

Section 5: Lots 11 and 22; SE¼SW¼; SW¼SW¼

Section 8: Lots 21, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 36, 37, 38, 39, 40, 41, 43, 44

Section 9: N½SW¼SW¼; N½S½SW¼SW¼; SW¼NW¼; NW¼SW¼

Section 16: W½NW¼; SE¼NW¼; SW¼NE¼NW¼; N½SW¼; SW¼SW¼; NOTE: This description includes all of Placer 2578, being the N½NW¼NW¼; SW¼NE¼NW¼ and the NE¼SE¼NW¼; EXCEPTING THEREFROM 2 parcels of land described in Book "U" of Deeds, page 229 and Book 18 of Deeds, page 418.

Section 17: Lots 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 - Except Parcel in Lots 5 & 7, described in Book 61 of Deeds, page 38 - FURTHER EXCEPTING Tract A of Certificate of Survey Number 235107, Folio 903B

Section 20: N½N½; S½NW¼; SE¼NE¼

Deed Reference: Book 120 of Deeds, page 751

Lot 1 of Certificate of Survey Number 191656, Folio 556B, amended by Certificate of Survey Number 209450, Folio 860B, located in the SE¼ of Section 16 and the SW¼ of Section 15, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana.

That portion of Placer 213 located in Section 8 and 9, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana.

Babe lode mining claim, M.S. No. 9325, located in Section 16, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana, less Railroad Right of Way.

Columbia lode mining claim, M.S. No. 9080, located in Sections 15 and 16, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana, less Railroad Right of Way.

May Bird lode mining claim, M.S. No. 8946, located in Sections 9 and 16, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana.

Nellie lode mining claim, M.S. No. 10031, located in Section 16, Township 7 North, Range 4 West, P.M.M., Jefferson County, Montana, less Railroad Right of Way.

Those portions of the abandoned Burlington Northern Railroad Company's Right of Way located in the E½ of Section 16, Township 7 North, Range 4 West. Geo Codes: 51-1586-16-4-1-11-0000 & 51-1586-16-4-02-01-0000

Deed Reference: Book 119 of Deeds, page 90 and Book 119 of Deeds, page 628.

2. The property taxes became delinquent on June 1, 2010.

3. The property tax lien was attached on July 9, 2010.

4. The lien was subsequently assigned to GOLDFIELDS FUNDING PARTNERS LLC on December 21, 2021.

5. As of the date of this notice, the amount of tax due is:

| | |
|---|---:|
| TAXES: | $2,932,431.75 |
| PENALTY: | $58,648.58 |
| INTEREST: | $3,371,559.03 |
| COSTS: | $4,520.00 |
| TOTAL: | $6,367,159.36 |

6. For the property tax lien to be liquidated, the total amount listed in paragraph 5, plus additional interest and costs, must be paid by August 1, 2024, which is the date that the redemption period expires or expired.

7. If all taxes, penalties, interest, and costs are not paid to the COUNTY TREASURER on or prior to August 1, 2024, which is the date the redemption period expires, a tax deed may be issued to the assignee or county that is the possessor of the tax lien on the day following the date that the redemption period expires.

8. The business address and telephone number of the county treasurer who is responsible for issuing the tax deed is: Jefferson County Treasurer, P.O. Box H, Boulder, MT 59632, (406) 225-4100.

### FURTHER NOTICE FOR THOSE PERSONS LISTED ABOVE WHOSE ADDRESSES ARE UNKNOWN:

1. The address of the interested party is unknown.

2. The published notice meets the legal requirements for notice of a pending tax deed issuance.

3. The interest party's rights in the property may be in jeopardy.

DATED at Missoula, Montana, this  9  day of May, 2024.

_____
Joseph D. Houston
Jones & Houston, PLLC
2625 Dearborn Ave., Ste. 102
Missoula, MT 59804
Attorney for: GOLDFIELDS FUNDING PARTNERS LLC

IF YOU DO NOT RESPOND TO THIS NOTICE, YOU WILL LOSE YOUR PROPERTY.