UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MONTANA TUNNELS MINING, INC.,**

Debtor.

Case No. **2:22-bk-20132-BPH**

# ORDER

In this Chapter 11 bankruptcy, creditor Jefferson County, Montana ("Jefferson") filed a motion pursuant to Fed. Bankr. P. 9024 for relief from the Court's orders on October 22, 2024, at ECF No. 167 ("Relief Motion"). The Relief Motion requests that the Court set aside its orders: (a) confirming the plan at ECF No. 105 ("Confirmation Order"); and (b) dismissing this case at 164 ("Dismissal Order"). It urges this Court to revisit issues that were the subject of prior litigation, reopen this closed case, and convert the case to one under Chapter 7.

For the reasons discussed in the accompanying Decision and Rationale, the Court finds that the Relief Motion should be denied because there are no grounds for relief under Fed. R. Civ. P. 60(b)(1), (3), or (6). Accordingly,

IT IS ORDERED the Relief Motion is denied. This case shall remain closed.

Dated May 28, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana